LUCY ASKAM ET AL., APPELLANTS, v. BOARD OF EDUCA-
TION OF THE TOWN OF WEST NEW YORK, NEW JER-
SEY, ET AL., RESPONDENTS.

Argued February 6, 1936—Decided May 14, 1936.

For the appellants, *McCarter & English.*

For the respondents, *Reinhold Hekeler.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by Mr. Justice
Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, LLOYD,
DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFS-
KEIL, RAFFERTY, JJ.   11.

*For reversal*—None.